UNITED STATES of America, Appellee, v.
Rocco DELARMI, Appellant.
No. 462.

Circuit Court of Appeals, Second Circuit.
May 29, 1933.

M. Michael Edelstein, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (George S. Tarbell, Jr., Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.

UNITED STATES of America, Appellant, v.
Charles C. MATHIS, Appellee.
No. 7232.

Circuit Court of Appeals, Ninth Circuit.
July 27, 1933.

J. A. Carver, U. S. Atty., and Sam S. Griffin, Asst. U. S. Atty., both of Boise, Idaho.

Hawley & Worthwine, of Boise, Idaho, for appellee.

Before SAWTELLE, Circuit Judge, and NORCROSS, District Judge.

PER CURIAM.
Upon stipulation of counsel for respective parties and motion of appellant, ordered appeal dismissed; mandate forthwith.

UNITED STATES of America, Appellee, v.
Paul RABKIN, August Rabkin, and Murray Dubosfky, alias Murray Dubarskin, alias Jacob Murray, Appellant.
No. 485.

Circuit Court of Appeals, Second Circuit.
June 27, 1933.

David P. Siegel, of New York City (Irving Davis and Milton B. Seasonwein, both of New York City, on the brief), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Alvin McKinley Sylvester and William W. Prager, Asst. U. S. Attys., both of New York City, for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.